**Order issued May 5, 2022**



In The

# Court of Appeals

### For The

# First District of Texas

—————————————

### NO. 01-22-00003-CV

—————————————

## GABRIEL AREVALO, M.D., HAN PHAM HULEN, M.D. P.A. D/B/A WOUND INTEGRITY, HOLLI DEZAUN WALLER, D.O., AND HAROLD DAVID WILLS, D.O., Appellants

### V.

### ANA MENDOZA, Appellee

**On Appeal from the 234th District Court**
**Harris County, Texas**
**Trial Court Case No. 2021-27439**

## MEMORANDUM ORDER

On January 5, 2022, Appellants Gabriel Arevalo, M.D. ("Arevalo"), Han

Pham Hulen, M.D. P.A. d/b/a Wound Integrity ("Hulen"), Holli Dezaun Waller,

D.O. ("Waller"), and Harold David Wills, D.O. filed interlocutory appeals of the trial court's orders denying their motions to dismiss filed under section 74.351 of the Texas Civil Practice and Remedies Code. On March 21, 2022, Arevalo, Hulen, and Waller filed unopposed motions to dismiss their appeals, requesting that their appeals be dismissed "without regard to the merits and remand[ed] . . . to the trial court for further proceedings." The certificates of conference indicate counsel for Appellants conferred with counsel of record for Appellee Ana Mendoza, who is unopposed to the motions.

No opinion has issued in the present appeal. *See* TEX. R. APP. P. 42.1(c). Accordingly, we grant the moving Appellants' motions and dismiss the appeals filed by Arevalo, Hulen, and Waller. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). Appellant Harold David Wills, D.O.'s appeal remains pending before this Court.

**PER CURIAM**

Panel consists of Justices Landau, Hightower, and Rivas-Molloy.